## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **WILLIAM THROWER**, | : | **CIVIL ACTION NO. 1:11-CV-1759** |
| **Plaintiff** | : | **(Judge Conner)** |
| v. | : | |
| **U.S. BUREAU OF PRISONS**, | : | |
| **Defendant** | : | |

### **ORDER**

AND NOW, this 14th day of November, 2011, upon consideration of plaintiff's motion for reconsideration (Doc. 23) of this court's order of October 24, 2011 (Doc. 19), transferring this case to the Eastern District of Kentucky, and it appearing that plaintiff fails to demonstrate one of three major grounds for reconsideration ((1) an intervening change in controlling law; (2) the availability of new evidence [not available previously]; [or], (3) the need to correct clear error [of law] or prevent manifest injustice.'")), North River Ins. Co. v. Cigna Reinsurance Co., 52 F.3d 1194, 1218 (3d Cir. 1995) (citations omitted); see Waye v. First Citizen's Nat'l Bank, 846 F. Supp. 310, 314 (M.D. Pa.) ("A motion for reconsideration is not to be used to reargue matters already argued and disposed of."), aff'd, 31 F.3d 1174 (3d Cir. 1994); see also Database America, Inc. v. Bellsouth Adver. & Publ'g Corp., 825 F. Supp. 1216, 1220 (D.N.J. 1993) (citations omitted) ("A party seeking reconsideration must show more than a disagreement with the Court's decision, and 'recapitulation of the cases and arguments considered by the court before rendering its original decision fails to carry the moving party's burden.'"), it is hereby ORDERED that:

1. Plaintiff's motion for reconsideration (Doc. 23) is DENIED.

2. The Clerk of Court is directed to TERMINATE plaintiff's most recent motion to proceed in forma pauperis (Doc. 21.)

      S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge